# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| NEIL ADAMS McGINNIS, *Plaintiff* <br> v. <br> SUPERINTENDENT SINCLAIR, *Defendant* | ) ) ) ) ) <br><br> Civil Action No. 13-CV-5114-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: this habeas action is DISMISSED without prejudice to seeking appropriate state court remedies. 28 U.S.C. § 2254(b).

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date: February 3, 2014

CLERK OF COURT

SEAN F. McAVOY

s/ Sheila Parpolia
*(By) Deputy Clerk*

Sheila Parpolia